EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | Querella |
|---|---|
| In re: | 2001 TSPR 133 |
| Rafael Lugo Rodríguez II | 155 DPR _____ |

Número del Caso: CP-2000-02


Fecha: 1/octubre/2001


Oficina del Procurador General:
                        Lcda. Yvonne Casanova Pelosi
                        Procuradora General Auxiliar


Abogado de la Parte Querellada:
                        Lcdo. Pedro Malavet Vega


Materia: Conducta Profesional


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Rafael Lugo Rodríguez II            CP-2000-02


RESOLUCION
(NUNC PRO TUNC)


San Juan, Puerto Rico, a 1 de octubre de 2001.


Examinada la Moción Solicitando Aclaración presentada por el Procurador General en el caso de autos el 25 de septiembre de 2001, el Tribunal se da por enterado.

Se enmienda Nunc Pro Tunc la Opinión Per Curiam emitida el 19 de septiembre de 2001 y notificada el 20 de septiembre de 2001 en el caso de epígrafe, a los fines de modificar el primer párrafo completo que aparece en la página 11 y continúa en la página 12 de dicha Opinión y eliminar de dicho párrafo las oraciones número 2 a la 6.

Por un error secretarial en el Tribunal las oraciones en cuestión no fueron eliminadas de la versión final del Per Curiam referido que fue aprobado por este Tribunal, y que por lo tanto nunca debieron aparecer en el Per Curiam que se les notificó a las partes.

Se le ordena a la Secretaria del Tribunal que notifique, para efectos de la divulgación electrónica de la Opinión, la versión corregida del Per Curiam.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo